From: The District Court of the Fourth Judicial District. County of Missoula.

STATE OF MONTANA, Plaintiff, vs. TERRANCE DWAYNE PATTON, Defendant.

NO. 3539/9

## DECISION

The application of the above-named defendant for a review of the sentence of 10 years, imposed on July 12th, 1968, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) The sentence be and remain as originally imposed by the sentencing court.

The reason for the above decision is that the sentence appears sufficiently lenient in that defendant was convicted of lewd and lascivious acts up a child (his daughter) punishable by not more than 25 years imprisonment, yet he received a sentence of but 10 years with 3 prior felony convictions and will be eligible for parole consideration in June 1970 after being received July 18, 1968.

DATED this 15th day of January, 1969.

SENTENCE REVIEW DIVISION

Philip C. Duncan, chairman; Paul G. Hatfield, Jack D. Shanstrom.

From: The District Court of the Third Judicial District. County of Deer Lodge.

STATE OF MONTANA, Plaintiff, vs. ERWIN FELLOWS, Defendant.

NO. 2688

## DECISION

The application of the above-named defendant for a review of the sentence of 10 years, imposed on August 7th, 1968, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) The sentence should be reduced to 3 years.

The reason for the above decision is that with no prior felony convictions said defendant was sentenced to serve the term of 10 years for grand larceny. True, the crime is punishable by not less than 1 nor more than 14 years imprisonment, but for a first offender 10 years appears severe in comparison to others in that category. Further, others involved in the same crime were treated much more leniently.

DATED this 15th day of January, 1969.

SENTENCE REVIEW DIVISION

Philip C. Duncan, chairman; Paul G. Hatfield, Jack D. Shanstrom.